PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE _EASTERN_ DISTRICT OF TEXAS
## _TYLER_ DIVISION

Wesley McCoy #1687741
Plaintiff's Name and ID Number

Michaels Unit Mental health diversion program 12-A-35
2664 FM 2054 Tenn Colony, TX 75886
Place of Confinement

David Stebbins Mental health program director
Jennifer Sanders Mental health supervisor
Perez Maribel Mental health staff
V. Carpie Robbins Mental health staff
Tonya Russell Mental health staff
Alison Tracks Mental health staff
Defendant's Name and Address  Jennifer Wheeler Mental health staff
Lynsey Howell Mental health staff
Jason Lively Mental health staff
Bershett-Reel Mental health staff   Allison Bernard Mental health staff
Defendant's Name and Address
Jolisa Jones Mental health staff   Michaels Unit
Jennifer Kiser Mental health staff   2664 FM 2054
                                     Tenn Colony, TX 75886
Defendant's Name and Address
( DO NOT USE "ET AL.")

CASE NO. _6:22-cv-101_
(Clerk will assign the number)

---

## INSTRUCTIONS - READ CAREFULLY

NOTICE:

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.*)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its e ective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO

    B. If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit: _____

        2. Parties to previous lawsuit:

           Plainti (s) _____

           Defendant(s) _____

        3. Court: (If federal, name the district; if state, name the county.) _____

        4. Cause number: _____

        5. Name of judge to whom case was assigned: _____

        6. Disposition: (Was the case dismissed, appealed, still pending?) _____

        7. Approximate date of disposition: _____

Rev. 05/15

: Previous Lawsuit: I have file a lawsuit on the officer and few of my property correctional staff. ✓ yes I have. But here and. I watched legal work was in another bag. I was ship cannot remember everything. I was the only plaintiff mccoy 1687741

page 2

Michael Unit Mental health program 12-A-35

II. PLACE OF PRESENT CONFINEMENT: Tenn. Colony, TX 75886

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?  ✓ YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Wesley McCoy #1687741 Michael's Unit 12 building Mental health diversion program. A pod 35 cell. 2664 FM 2054 Tenn. Colony, TX 75886

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Mental health diversion program director/manager. David Stebbins Michael's Unit. 2664 FM 2054 Tenn. Colony, TX, 75886 12 building.

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. David Stebbins has allowed cruel, unusual punishment from wardens and officers staff up on mental health offenders in CMI And Mental health offenders on 12 bldg.

Defendant #2: Mental health diversion program supervisor Jennifer Sanders Michael's Unit. 2664 FM 2054 Tenn. Colony, TX 75886

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you. She also a staff that's helps David Stebbins with running the Mental health offenders on Michael's which activities or who stay in CMI, she knows everything cruel unusual punishment, and neglecting.

Defendant #3: Mental health diversion program manager, Allison Bernard Michael Unit. 2664 FM 2054 Tenn. Colony, TX 75886

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you. Another staff, that knew we were getting fed like animals, also no showers, no recreation and verbal abuse from the T.D.C.J. correctionals. She let it go on.

Defendant #4: Mental health program case worker Jolisa Jones, on Michael Unit. 2664 FM 2054, Tenn. Colony, TX 75886

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. She pass out crossword puzzle but not notifying or giving any complaints to the state capital nor Huntsville board.

Defendant #5: Jennifer Kiser Mental health case manager on Michael Unit. 2664 FM 2054 Tenn. Colony, TX 75886

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. She knows also there's a very short of staff. And they not giving us hot meals nor showers, daily recreation, cold johnnie sacks, keep us on lockdown! no medical providers

3

Rev. 05/15

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT. I have in Michael's Unit Mental health program under mental health, have tryed to get all the Ensure needs and I have been neglected by Mental health treatment on Michaels Unit. 2664 FM 2054 Tem. Colony, TX 75886. By being a short of staff offices. Mental health from 2018 to January 15, 2022. Has manipulated us mental health offenders, on a 24/7 lockdown, cuffless-johnny tail sack, not releasing medical or mental health records to Mental health offenders. Not letting us spin 90.00 spin of commissary, that our states spin. not letting me go from W/Seg. The mental health program was set to let all mental health and seg offenders off, I finish the program at custody ____ Line 1. I s there are ____ for the mental health care. I am not recieving professional help at all. Weeks of no showers, then up a few showers. No T.V. is nothing ____ on lockdown, how general population having chess, basket ball tournament ____ ____ back I down. They are really short of staff leaving us mental health offenders on the pod by ourself with 1 rover inside the site booth. That's why this program has many suicide commits. no treatment to my dental / no medical prai___ gum deseases

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. For every state prison, allow offenders to write more than one grievance whenever there's a prison complaint. ~~[scribbled out]~~ To me.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.
Wesley McCoy Scooby, or (Ramadhan Moor my muslim name now)

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.
#1687741 Michaels Unit, Smith Unit, Allred Unit, Montford

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____ YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division): _____
   2. Case number: _____
   3. Approximate date sanctions were imposed: _____
   4. Have the sanctions been lifted or otherwise satisfied? ____ YES ✓ NO

Rev. 05/15

...letter, a Court Order the Plaintiff... defendants to pur-
the following items from commisary, and have it shipped to my
place of confinement. Tribute to me. In there often own
capacity!!

#1 David Stebbins
1 size 10 boots
1 HOT POT
1 FAN
1 watch
1 nightlight
1 chess board
3 commisary bag
2 bowls
30 stamps
30 Envelopes

#2 Jennifer Sanders
24 Cokes
24 Dr. pepper
24 sprite

#3 Jelissa Jones
1 pants Thermal Lg
1 Shirt Thermal 2x
2 Shirts 2x
9 Mega Omega Trail Mix

#4 Jennifer Kiser
10 snickers
10 peanut M&M
10 Twix
30 chic-o-stick

#5 Perez Maribel
2 Hygiene packs
30 soups
20 Turkey bites

#6 Carrie Robbins
7 Tortillas
7 Rice
1 Calculator G.E.D
20 pencils

#7 Tonya Russell
8 chili no beans
8 Turkey bites
8 mackeral

#8 Alison Travis
200 soups

#9 Lynsey Howell
20 peanuts
1 Hygien pack

#10 Jason lively
10 ink pens
10 Tablets

#11 Jennifer wheeler
8 mini bud cookies

#12 Bershett Kerl
8 golden Round crackers
8 Tun

#13 Allison Bernard
8 roast beef
10 potatoe chips
8 gatorade

page 4

C. Has any court ever warned or notified you that sanctions could be imposed?    ____YES  ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): _____
   2. Case number: _____
   3. Approximate date warning was issued: _____

Executed on: _____
              DATE

_____Wesley McCoy_____
_____Wesley McCoy_____
(Signature of Plainti  )

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _____ day of _____, 20 _____.
           (Day)                (month)              (year)

_____Wesley McCoy_____
_____Wesley McCoy_____
(Signature of Plainti  )

WARNING: Plainti  is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

Rev. 05/15

W. McCoy #877741
Alfred Unit
2101 FM 369N.
Iowa Park TX 76367

Federal /high/ U.S. Courthouse
211 W. Ferguson St. Rm 106
Tyler, TX 75702

