IN THE UNITED STATES DISTRICT COURT
FOR THE _EASTERN_ DISTRICT OF TEXAS
_TYLER_ DIVISION

Wesley McCoy #1687741
_____
Plaintiff's name and ID Number
Allred Unit 2101 FM 369N.
Iowa Park, TX 76367
_____
Place of Confinement

• David Stebbins  Allison Bernard
• Jennifer sAnders  • Jolissa Jones
• Perez Maribel  • Jennifer Kiser
V. • Carrie Robbins  Michael Unit
• Tonya Russell  2664 FM 2054
• Alison Travis  Tenn. Colony, TX 75886
• Lynsey Howell       75886
• Jason lively
• Jennifer wheeler
• Bershetta Kerl
_____
Defendant's name and address

CASE NO. 6:22-CV-101
(Clerk will assign the number)

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**

I, Wesley McCoy, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1.    Have you received, within the last 12 months, any money from any of the following sources?

|   | | Yes | No |
|---|---|---|---|
| a. | Business, profession or from self-employment? | ☐ | ☑ |
| b. | Rent payments, interest or dividends? | ☐ | ☑ |
| c. | Pensions, annuities or life insurance payments? | ☐ | ☑ |
| d. | Gifts or inheritances? | ☐ | ☑ |
| e. | Family or friends? | ☐ | ☑ |
| f. | Any other sources? | ☐ | ☑ |

If you answered **YES** to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

_____

_____

2.    Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?

          Yes ☐          No ☑

If you answered **YES** to any of the questions above, state the total value of the items owned.

_____

_____

1

☆ATCIFP (REV. 9/02)

3.      Do you own real estate, stocks, bonds, note, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

Yes ☐        No ☑

If you answered **YES**, describe the property and state its approximate value.

_____

_____

**I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).**

Signed this the _____ day of _____, 20 _____.

Wesley M CCoy # 1687741
_____
Signature of Plaintiff                              ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

☆ATCIFP (REV. 9/02)



W. McLeod 1687741
Allred Unit
2101 FM 369 N
Iowa Park TX 76367

Federal / bldg. court house
211 W. Ferguson St. Rm 106
Tyler, TX 75702