# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS

**MAGISTRATE REFERRAL**

CIVIL ACTION NO. 6:22-cv-101

Wesley McCoy

v.

Stebbins, et al

Pursuant to a Standing Order, certain civil suits are referred at the time of the filing equally among magistrate judges.   Therefore, the above-entitled action has been referred to:

Magistrate Judge Love