IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| WESLEY McCOY, #1687741 | § | |
| | § | CIVIL ACTION NO. 6:22cv100 |
| VS. | | CONSOLIDATED WITH |
| | § | CIVIL ACITON 6:22cv101 |
| DAVID A. STEBBINS, ET AL. | § | |

ORDER

Before the Court are Plaintiff's two civil rights lawsuits, filed pursuant to 42 U.S.C. § 1983, regarding the Mental Health Diversion Program and conditions of confinement at the Michael Unit within the Texas Department of Criminal Justice. In both cases, Plaintiff alleges that his mental health needs are being ignored/neglected and presents claims concerning various conditions of confinement. Across both lawsuits, Plaintiff is suing the same defendants and is raising the same or substantially similar claims.

Rule 42(a), Fed. R. Civ. P., provides that when actions involving common questions of law or fact are pending before the Court, the Court may order the actions consolidated or conduct a joint hearing or trial. These two complaints present common issues of law and fact and should be consolidated for all purposes. Therefore, for the purposes of judicial economy and efficiency, it is

**ORDERED** that Civil Action Nos. 6:22cv100 and 622cv101 are **CONSOLIDATED**. All future docket entries should be made only in the lead case, 6:22cv100—except for orders reflecting a final disposition. All claims will be addressed in case number 6:22cv100 and **only one filing fee will be charged**. It is also

1

**ORDERED** that the Clerk of Court shall file the complaint—and any accompanying motions—submitted in Civil Action 6:22cv101 as an amended complaint and filings in Civil Action 6:22cv100.

**So ORDERED and SIGNED this 23rd day of March, 2022.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE