IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| WESLEY McCOY, #1687741 | § | |
| | § | CIVIL ACTION NO. 6:22cv101 |
| VS. | | CONSOLIDATED WITH |
| | § | CIVIL ACITON 6:22cv100 |
| DAVID A. STEBBINS, ET AL. | § | |

ORDER OF ADMINISTRATIVE CLOSURE

On March 23, 2022, the above-referenced number and cause was consolidated into Civil Action No. 6:22cv100, *Wesley McCoy v. David Stebbins, et al.* (Dkt. #5). As all issues and all parties were consolidated into Civil Action 6:22cv100, there is no further need for this case—Civil Action No. 6:22cv101—to remain open and pending on the Court's docket. It is, therefore,

**ORDERED** that this cause of action is **ADMINISTRATIVELY CLOSED** for administrative and statistical purposes.

**So ORDERED and SIGNED this 24th day of March, 2022.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE