IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| WESLEY MCCOY, #1687741,<br><br>　　Plaintiff,<br><br>v.<br><br>DAVID A. STEBBINS, et al.,<br><br>　　Defendants. | §<br>§<br>§<br>§<br>§   Lead Case: 6:22-cv-100<br>§<br>§   Consolidated Case: 6:22-cv-101<br>§<br>§<br>§<br>§ |

# FINAL JUDGMENT

The Court, having considered Plaintiff's case and rendered its decision by opinion issued this same date, hereby enters **FINAL JUDGMENT**.

It is **ORDERED** that Plaintiff's claims are **DISMISSED** without prejudice.

All pending motions are **DENIED** as moot.

The Clerk of Court is instructed to close both the lead and consolidated case.

So **ORDERED** and **SIGNED** this **26th** day of **August, 2022.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE